E-FILED
Wednesday, 31 July, 2019  04:05:25 PM
Clerk, U.S. District Court, ILCD

750-2074                                    RPV

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| JACQUELINE JONES , | ) | |
| INDEPENDENT ADMINISTRATOR | ) | |
| of the ESTATE of TOYA D. FRAZIER, | ) | |
| DECEDENT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Court No.: 16 cv 02364 |
| | ) | |
| SERGEANT ARNOLD MATHEWS; | ) | |
| CECILE KEMP, LPN; BETH NOVAK, RN ; | ) | |
| and CORRECT CARE SOLUTIONS, LLC; | ) | |
| CHAMPAIGN COUNTY, ILLINOIS | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## NOTICE OF CLAIM RESOLUTION

Please be advised that the plaintiff, JACQUELINE JONES, INDEPENDENT ADMINISTRATOR of the ESTATE of TOYA D. FRAZIER, DECEDENT, and Defendant CORRECT CARE SOLUTIONS, LLC have reached a resolution with regard to the plaintiff's claims against CORRECT CARE SOLUTIONS, LLC which will result in the plaintiff's dismissal of her claims against CORRECT CARE SOLUTIONS, LLC.  In addition. the plaintiff will be voluntarily dismissing her claims against defendants CECILE KEMP and BETH NOVAK. The plaintiff's claims against SERGEANT ARNOLD MATHEWS and CHAMPAIGN COUNTY will remain pending.

Respectfully Submitted,

**VOGT & O'KANE**

By:  /s/ Robert P. Vogt
       Robert P. Vogt

**VOGT & O'KANE**
20 South Clark Street,
Suite 1050
Chicago, Illinois 60603
(312) 236-5151
bvogt@vogtokane.com
pldgs/ Claim Resoluion

750-2074                          RPV                          #6191112

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

JACQUELINE JONES ,                      )
INDEPENDENT ADMINISTRATOR               )
of the ESTATE of TOYA D. FRAZIER,       )
DECEDENT,                               )
                                        )
      Plaintiff,                       )
                                        )
      v.                               )     Court No.: 16 cv 02364
                                        )
SERGEANT ARNOLD MATHEWS;                )
CECILE KEMP, LPN; BETH NOVAK, RN ;      )
and CORRECT CARE SOLUTIONS, LLC;        )
CHAMPAIGN COUNTY, ILLINOIS              )
                                        )
      Defendants.                      )

## CERTIFICATE OF SERVICE

I, *Robert P. Vogt*, certify that on **July 31, 2019,** I electronically filed **NOTICE OF CLAIM RESOLUTION,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- Brian Michael Smith     bsmith@heylroyster.com, urbecf@heylroyster.com
- Keith Eric Fruehling     kfruehling@heylroyster.com, urbecf@heylroyster.com
- Shayla L Maatuka     shayla@madelaw.net, stevie@madelwaw.net


     Respectfully Submitted,

     **VOGT & O'KANE**

     By: /s/ Robert P. Vogt
        Robert P. Vogt

**VOGT & O'KANE**
Attorneys for Defendants
20 South Clark Street
Suite 1050
Chicago, IL 60603
(312) 236-5151