E-FILED
Monday, 26 August, 2019  02:47:55 PM
Clerk, U.S. District Court, ILCD

750-2074                                    RPV

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

JACQUELINE JONES ,                          )
INDEPENDENT ADMINISTRATOR                    )
of the ESTATE of TOYA D. FRAZIER,           )
DECEDENT,                                    )
                                             )
      Plaintiff,                            )
                                             )
      v.                                    )         Court No.: 16 cv 02364
                                             )
CECILE KEMP, LPN; BETH NOVAK, RN ;          )
and CORRECT CARE SOLUTIONS, LLC;            )
                                             )
      Defendants.                           )
                                             )

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between Plaintiff JACQUELINE JONES,

INDEPENDENT ADMINISTRATOR of the ESTATE of TOYA D. FRAZIER, DECEDENT

and Defendant CORRECT CARE SOLUTIONS, LLC that the Plaintiff's claims against

Defendants CECILE KEMP, LPN and BETH NOVAK, RN be dismissed with prejudice and

without costs to either of the parties.

SHAYLA MAATUKA

BY:_____
             Attorney for the Plaintiff

ROBERT P. VOGT

BY:_____
             Attorney for Defendants

Pldgs/ release

750-2074                                          RPV

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| TOYA FRAZIER, DECEASED, | ) | |
| BY HER ADMINISTRATOR | ) | |
| JACQUELINE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No.: 16 cv 02364 |
| | ) | |
| CHAMPAIGN COUNTY SHERIFF | ) | |
| DAN WALSH, IN HIS OFFICAL | ) | |
| CAPACITY; CECILE KEMP, RN; | ) | |
| BETH NOVAK, RN, Supervisor of | ) | |
| CECILE KEMP; CLAYTON GOODWIN, | ) | |
| Correctional Officer; ARNOLD MATHEWS, | ) | |
| Jail Supervisor; and CHAMPAIGN COUNTY, IL | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, *Robert P. Vogt*, certify that on **August 26, 2019**, I electronically filed **Stipulation to Dismiss the CCS Defendants,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- Brian Michael Smith     bsmith@heylroyster.com, urbecf@heylroyster.com
- Keith Eric Fruehling     kfruehling@heylroyster.com, urbecf@heylroyster.com
- Shayla L Maatuka     shayla@madelaw.net, stevie@madelwaw.net

Respectfully Submitted,

**VOGT & O'KANE**

By:  /s/ Robert P. Vogt__
Robert P. Vogt

**VOGT & O'KANE**
Attorneys for Medical Defendants
20 South Clark Street
Suite 2150
Chicago, IL 60603
(312) 236-5151