Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Jacqueline Jones,** <br> **As Administrator for Toya Frazier,** <br> **Deceased** <br><br> **Plaintiff,** <br><br> vs. <br><br> **Dan Walsh, Arnold Mathews, Beth Novak, Cecile Kemp, Clayton Goodwin, Champaign County, Illinois, Correct Care Solutions, LLC, Jessica Burgener, Howard Wilson,** <br><br><br> **Defendants.** | **Case Number: 16-2364** |

## AMENDED JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's action against the Defendants is dismissed.
    **IT IS FURTHER ORDERED AND ADJUDGED** that costs in the amount of $2,944.21 are taxed against the Plaintiff.

**Dated: 8/9/2019**

                                                                         s/ Shig Yasunaga
                                                                          Shig Yasunaga
                                                                          Clerk, U.S. District Court